IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(CLEVELAND VENUE)

| | | |
|---|---|---|
| JIM MIDDLEBROOK et al., | ) | CASE NO. 1:06 CV 1805 |
| | ) | |
| Plaintiffs, | ) | JUDGE BOYKO |
| | ) | |
| vs. | ) | NOTICE OF DISMISSAL |
| | ) | WITH PREJUDICE OF R-VISION, |
| | ) | INC. |
| R-VISION, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs hereby dismiss Workhorse Custom Chassis with prejudice, a settlement having been reached.

Respectfully submitted,

s/G. Brad Riffe, Esq.
G, Brad Riffe (0073843)
Attorney for Plaintiffs
KAHN & ASSOCIATES
55 Public Sq., Suite 650
Cleveland, OH 44113
Phone: 216-621-6101
briffe@kahnandassociates.com

IT IS SO ORDERED.

DATE: 4/16/07

Christopher a Boyko

JUDGE CHRISTOPHER A. BOYKO

FILED

APR 17 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(CLEVELAND VENUE)

| | | |
|---|---|---|
| JIM MIDDLEBROOK et al., | ) | CASE NO. 1:06 CV 1805 |
| | ) | |
| Plaintiffs, | ) | JUDGE BOYKO |
| | ) | |
| vs. | ) | NOTICE OF DISMISSAL |
| | ) | WITH PREJUDICE OF R-VISION, |
| | ) | INC. |
| R-VISION, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs hereby dismiss R-Vision, Inc. with prejudice, at

defendant's costs, a  settlement having been reached.

Respectfully submitted,

s/G. Brad Riffe, Esq.
G, Brad Riffe (0073843)
Attorney for Plaintiffs
KAHN & ASSOCIATES
55 Public Sq., Suite 650
Cleveland, OH 44113
Phone: 216-621-6101
briffe@kahnandassociates.com

IT IS SO ORDERED.

DATE : 4/16/07

*Christopher A. Boyko*

JUDGE CHRISTOPHER A. BOYKO

FILED

APR 17 2007,

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND